IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD L. SHEFFER | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | NO. 02-7407 |
| SOLUTIONS, INC., EQUIFAX | : | |
| INFORMATION SERVICES, LLC, | : | |
| TRANS UNION, LLC and | : | |
| SEARS & ROEBUCK CO. | : | |

CIVIL JUDGMENT

Before the Honorable Berle M. Schiller:

      AND NOW, this 21st day of August, 2003, in accordance with Special Interrogatories to the Jury on August 20, 2003, CIVIL JUDGMENT is entered as follows:

      IT IS ORDERED that Judgment be and the same is hereby entered **IN FAVOR OF PLAINTIFF RICHARD L. SHEFFER and AGAINST DEFENDANT SEARS**. Plaintiff is awarded economic damages in the amount of One Thousand Dollars ($1,000.00).

      IT IS FURTHER ORDERED that Judgment be and the same is hereby entered **IN FAVOR OF EQUIFAX INFORMATION SERVICES, LLC and AGAINST PLAINTIFF RICHARD L. SHEFFER.**

      BY THE COURT

      ATTEST:

      Patricia A. Callahan
      Deputy Clerk

Civ 1 (8/80)
civjud.frm